# Court of Appeals
# of the State of Georgia

ATLANTA,  October 11, 2022

*The Court of Appeals hereby passes the following order:*

**A23A0285.  JANE DOE et al. v. AMERICAN INSTITUTE FOR FOREIGN STUDY.**

Jane Doe filed a notice of appeal in this tort action, and the appeal was docketed on September 7, 2022. Doe's brief of appellant was due on September 27, 2022. That date has passed, and Doe has not filed a brief or requested an extension of time. Accordingly, her appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  10/11/2022*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*